# EXHIBIT D



CONFIDENTIAL

Guitar Center_Evans0000622