# EXHIBIT E



Guitar Center_Evans0000623



Guitar Center_Evans0000624



# MUSIC & ARTS

Test Tracy Test Watson



| Search | 1. Contact Information | 2. Select Source | 3. Data Protection Statement | 4. Preliminary Questions |

- Search
- Current Applications
- Position Summary
- Location Details
- Edit Profile
- Change Password

## Data Protection Statement

**\* = required**

To proceed further with your application process and electronically signing personnel related documents, you must review and agree to Guitar Center's policies, terms and conditions set forth in the Privacy and Security Policy ("Privacy Policy"). By accessing the site, you are indicating your agreement to the **Privacy Policy**.

☐ Reviewed *




Privacy Policy
Google Privacy Policy
Google Terms of Service

EEO is The Law - click here for more information
Equal Opportunity Employer Minorities/Women/Protected Veterans/Disabled
We endeavor to make this site accessible to any and all users. If you would like to contact us
click to view more...

© 2000-2022 ADP, Inc. All Rights Reserved.



Guitar Center_Evans0000625

CONFIDENTIAL






# Preliminary Questions

**1. Contact Information**  |  **2. Select Source**  |  **3. Data Protection Statement**  |  **4. Preliminary Questions**

Test Tracy Test Watson

✱ = required

**Are you at least 18 years of age?** ✱
- ○ Yes
- ○ No

---

Privacy Policy
Google Privacy Policy
Google Terms of Service

EEO is The Law - click here for more information
Equal Opportunity Employer Minorities/Women/Protected Veterans/Disabled
We endeavor to make this site accessible to any and all users. If you would like to contact us
click to view more...

© 2000-2022 ADP, Inc. All Rights Reserved.

CONFIDENTIAL



Guitar Center_Evans0000627

CONFIDENTIAL



Guitar Center_Evans0000628

